**1349** LOOMIS vs. TOWNSHIP BOARD OF ROGERS, 53 M., 135.

To compel respondent to include the amount of a certain bond and interest coupon in a tax levy.

Denied March 6, 1884.

Held, (1) that the facts set up by respondent in his return to

an order·to show cause, are admitted by the relator if when an issue is framed they are not submitted to the jury; (2) that How. Stat., Sec. 8666, in providing that a peremptory mandamus shall be granted at once, where a verdict is found for relator, does not apply if material issues have not been submitted to the jury and found in his favor; (3) that mandamus does not lie to compel a township to raise money to pay bonds so long as it is an open question whether the bonds are a legal obligation on the township, and whether the relator is a bona fide holder of them, as these are questions for the trial court, Brownell vs. Supervisors, 49 M., 414 (1341).